**Form odebtwge**   (Revised 04/2020)

## United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number:  25–20394                              Chapter:  13

In re: (Name of Debtor)

Steven C Benner

701 Parkview W St
Osawatomie, KS 66064

SSN: xxx–xx–5351

|  |
| --- |
| **Filed and Entered By The Court** |
| **4/3/25**<br>**David D. Zimmerman**<br>**Clerk of Court**<br>**US Bankruptcy Court** |

### ORDER TO DEBTOR(S)TO PAY TO THE TRUSTEE

The Debtor(s) has submitted a plan to pay debts out of future earnings, and by this plan submits all future earnings and wages under the supervision and control of the Court for the purpose of consummating the plan.

The Debtor(s) is hereby ORDERED and DIRECTED, until further order of this Court, to pay the sum of:

$2,850.00 monthly

BEGINNING ON THE NEXT PAY PERIOD FOLLOWING RECEIPT OF THIS ORDER TO:

**William H. Griffin**
**Chapter 13 Trustee**
**P.O. Box 412573**
**Kansas City, MO 64141–2573**
**913–677–1311**

You may remit payments electronically.

# Go to https://tfsbillpay.com

**Put the name of the Debtor(s) and the above bankruptcy case number on your payment to the Trustee.**

IT IS FURTHER ORDERED that said Debtor(s) shall notify said Trustee if the employment of said Debtor(s) be terminated, and the reason for such termination. This order supersedes any previous order, if any, made to you in this case.

YOU ARE DIRECTED TO CARRY THIS ORDER INTO EFFECT.

Document 11

s/ Robert D. Berger
United States Bankruptcy Judge