# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

IN RE:  Steven C Benner ) Case No. 25-20394-RDB13
Debtors )

## MOTION TO DEVIATE FROM D. KAN. LBR 3015(b).2(e)(6) RE EMPLOYER WAGE ORDER

**COMES NOW** the above-captioned Debtor, by and through Counsel, and for this Motion to Deviate from Local Rule 3015(b).2(e)(6) Regarding Employer Wage Order(s), states that:

1.  On 4/2/2025 Debtor filed a Petition and Plan for Chapter 13 relief listing Debtor's home mortgage(s) to be paid through the Plan by the Trustee to pay an Arrearage as defined under Local Rule 3015.(c).2(c)(1).

2.  Kansas Bankruptcy Local Rule 3015(b).2(e)(6) (the "Local Rule") provides:

> "(6) For any Debtor who is employed and required to make mortgage payments through the Trustee, an employer pay order shall be promptly entered by the Clerk of the Bankruptcy Court as provided in Debtor's plan and served upon Debtor's employer. Until the employer begins to withhold bankruptcy plan payments from Debtor's pay, Debtor is required to make plan payments directly to the Trustee. A Debtor may be excused from complying with employer pay orders only upon the entry of a Court order upon a showing of circumstances justifying the same."

3.  Debtor moves the Court for an order allowing the Debtor to deviate from the Local Rule by allowing him to remit Plan payments directly to the Trustee without an employer wage order.

4.  In support of this request, Debtor states he is retired receiving pension income. Additionally, the Debtor's Non-Filing Spouse is self-employed. It is not logistically feasible for the Debtor to pay via wage order.

**WHEREFORE**, Debtor requests this Honorable Court for an order permitting Debtor to deviate from the Local Rule, thereby allowing Debtor to make the Plan payments directly to the Chapter 13 Trustee without an employer wage order, and for such other and further relief as the Court deems just and proper.

Dated: April 3, 2025

Respectfully submitted,
WM Law

s/ Ryan M. Graham
Ryan M. Graham, MO #73470; KS #79061
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
graham@wagonergroup.com
ATTORNEY FOR DEBTOR(S)

## NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING MOTION

NOTICE IS HEREBY GIVEN that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **4/24/2025** the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a <u>non-evidentiary hearing</u> will be held before the U.S. Bankruptcy Court, 500 State Avenue, **Room 151**, Kansas City, Kansas 66101, **on 5/20/2025 at 9:30 a.m.**, or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## CERTIFICATE OF SERVICE

I hereby certify that on **February 1, 2024**, the foregoing was delivered via e-mail to all parties of interest that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to all parties of interest listed below that are not registered to receive electronic filings on ECF.

**[See attached mailing Matrix]**

s/ Ryan M. Graham

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1083-2<br>Case 25-20394<br>District of Kansas<br>Kansas City<br>Wed Apr  2 16:01:37 CDT 2025 | Athene Annuity and Life Co<br>P.O. Box 1555<br>Des Moines IA 50306-1555 | Internal Revenue Service<br>Centralized Insolvency Ops<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| JPMBCB Card Services<br>PO Box 15369<br>Wilmington DE 19850-5369 | Landmark National Bank<br>701 Poyntz Ave<br>Manhattan KS 66502-0100 | Millsap & Singer<br>8900 Indian Creek Pkwy Ste 180<br>Overland Park KS 66210-1584 |
| Rushmore Servicing<br>8950 Cypress Waters Blvd<br>Coppell TX 75019-4620 | SYNCB/SAM S CLUB DC<br>PO Box 965036<br>Orlando FL 32896-5036 | Syncb/Amazon<br>PO Box 965015<br>Orlando FL 32896-5015 |
| U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 | (p)UNITED STATES ATTORNEY'S OFFICE<br>500 STATE AVENUE SUITE 360<br>KANSAS CITY KS 66101-2400 | Ryan Michael Graham<br>Wm Law<br>15095 West 116th Street<br>Olathe, KS 66062-1098 |
| Steven C Benner<br>701 Parkview W St<br>Osawatomie, KS 66064 | William H Griffin<br>5115 Roe Blvd Ste 200<br>Roeland Park, KS 66205-2393 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| US Attorney<br>500 State Ave 360<br>Kansas City KS 66101 | End of Label Matrix<br>Mailable recipients    13<br>Bypassed recipients     0<br>Total                  13 | |