**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS**

IN RE:  Steven C Benner       ) Case No.   25-20394-RDB13
              Debtors )

## <u>NOTICE TO WITHDRAW MOTION TO DEVIATE FROM LOCAL RE WAGE ORDER AND NOTICE OF OBJECTION DEADLINE, DOCS. NOS. 8/9</u>

  **COMES NOW,** the above-captioned Debtor, by and through the undersigned Counsel, and requests to withdraw **Document Nos. 8/9, the Motion to Deviate from Local Rule Re Wage Order, and the Notice of Objection Deadline.** Amended and corrected pleading have been filed in their place.


Dated: April 3, 2025     Respectfully submitted,
             WM Law

             s/ Ryan M. Graham
             Ryan M. Graham, MO# 73470 KS #
             15095 W. 116th St.
             Olathe, KS 66062
             Phone (913) 422-0909 / Fax (913) 428-8549
             graham@wagonergroup.com
             ATTORNEY FOR DEBTOR(S)


## <u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on April 3, 2025, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

             s/ Ryan M. Graham