**Form ntcfinmgt** (Revised 12/01/2024)

**United States Bankruptcy Court – District of Kansas**
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number:  25–20394                    Chapter:  13

In re: (Name of Debtor)

Steven C Benner

701 Parkview W St
Osawatomie, KS 66064

| Entered By The Court<br>4/3/25 | **NOTICE OF REQUIREMENT TO FILE A<br>CERTIFICATE OF COURSE COMPLETION<br>CONCERNING PERSONAL FINANCIAL MANAGEMENT** | **Filed By The Court**<br>**4/3/25**<br>**David D. Zimmerman**<br>**Clerk of Court**<br>**US Bankruptcy Court** |

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management after filing the petition in order to receive a discharge under chapter 7 (11 U.S.C. 727) or Chapter 13 (11 U.S.C. 1328). Pursuant to Rule 1007(b)(7) of the Rules of Bankruptcy Procedure, the debtor(s) must complete and file Debtor's Certificate of Course Completion Concerning Personal Financial Management as described in 11 U.S.C. 111.

Debtor(s) is hereby notified that the Certificate of Course Completion must be filed before a discharge can be entered. Debtor(s) is hereby notified that the debtor(s) must file the Certificate within 60 days after the first date set for the meeting of creditors under § 341 for a chapter 7 case or no later than the last payment made by the debtor in a chapter 13 case. Failure to file the Certificate will result in the case being closed without an entry of discharge. If a Motion to Reopen the Case is subsequently filed by Debtor(s), to allow for the filing of the Certificate of Course Completion, the debtor(s) must pay the full reopening fee due for filing the motion.

Document 10 – 2

s/   David D. Zimmerman
Clerk, United States Bankruptcy Court

In re:                                                                                    Case No. 25-20394-RDB

Steven C Benner                                                                  Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 1083-2                          User: admin                                    Page 1 of 1

Date Rcvd: Apr 03, 2025                   Form ID: ksnfinmg                          Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Steven C Benner, 701 Parkview W St, Osawatomie, KS 66064 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2025                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ryan Michael Graham | |
| | on behalf of Debtor Steven C Benner graham@wagonergroup.com bankruptcy@wagonergroup.com,wmlecf@gmail.com;graham.ryanr52985@notify.bestcase.com |
| U.S. Trustee | |
| | ustpregion20.wi.ecf@usdoj.gov |
| William H Griffin | |
| | inquiries@13trusteekc.com |

TOTAL: 3