**Form odebtwge** (Revised 04/2020)

**United States Bankruptcy Court – District of Kansas**
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 25–20394                 Chapter: 13

In re: (Name of Debtor)

Steven C Benner

701 Parkview W St
Osawatomie, KS 66064

SSN: xxx–xx–5351

| Filed and Entered By The Court |
| --- |
| **4/3/25** <br> **David D. Zimmerman** <br> **Clerk of Court** <br> **US Bankruptcy Court** |

**ORDER TO DEBTOR(S)TO PAY TO THE TRUSTEE**

The Debtor(s) has submitted a plan to pay debts out of future earnings, and by this plan submits all future earnings and wages under the supervision and control of the Court for the purpose of consummating the plan.

The Debtor(s) is hereby ORDERED and DIRECTED, until further order of this Court, to pay the sum of:

$2,850.00 monthly

BEGINNING ON THE NEXT PAY PERIOD FOLLOWING RECEIPT OF THIS ORDER TO:

**William H. Griffin**
**Chapter 13 Trustee**
**P.O. Box 412573**
**Kansas City, MO 64141–2573**
**913–677–1311**

You may remit payments electronically.

# Go to **https://tfsbillpay.com**

**Put the name of the Debtor(s) and the above bankruptcy case number on your payment to the Trustee.**

IT IS FURTHER ORDERED that said Debtor(s) shall notify said Trustee if the employment of said Debtor(s) be terminated, and the reason for such termination. This order supersedes any previous order, if any, made to you in this case.

YOU ARE DIRECTED TO CARRY THIS ORDER INTO EFFECT.

Document 11

s/ Robert D. Berger
United States Bankruptcy Judge

United States Bankruptcy Court

District of Kansas

In re:      Case No. 25-20394-RDB

Steven C Benner      Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Steven C Benner, 701 Parkview W St, Osawatomie, KS 66064 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2025      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ryan Michael Graham | on behalf of Debtor Steven C Benner graham@wagonergroup.com bankruptcy@wagonergroup.com,wmlecf@gmail.com;graham.ryanr52985@notify.bestcase.com |
| U.S. Trustee | ustpregion20.wi.ecf@usdoj.gov |
| William H Griffin | inquiries@13trusteekc.com |

TOTAL: 3