## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS
## KANSAS CITY DIVISION

| | | |
|---|---|---|
| In The Matter Of: | ) | |
| | ) | Case Number 25-20394-rdb |
| Steven C Benner | ) | |
| | ) | |
| Debtor, | ) | Chapter 13 |
| | ) | |
| Athene Annuity and Life Company | ) | |
| | ) | |
| Creditor, | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND
## CREDITOR REQUEST FOR NOTICE

**TO THE CLERK OF THE BANKRUPTCY COURT; DEBTOR, STEVEN C BENNER; ATTORNEY FOR DEBTOR, RYAN MICHAEL GRAHAM; CHAPTER 13 TRUSTEE, WILLIAM H GRIFFIN; AND ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE that Millsap & Singer, LLC on behalf of Athene Annuity and Life Company a party in interest in the above-captioned Chapter 13 case, hereby files a Notice of Appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, and requests to be added to the master mailing list. Pursuant to Rules 2002, 4001 and 9007 of the Federal Rules of Bankruptcy Procedure, Creditor Athene Annuity and Life Company hereby requests that special notice of all matters which may come before the Court be given as follows:

Millsap & Singer, LLC
612 Spirit Drive
St. Louis, MO 63005
Telephone (636) 537-0110
Facsimile (636) 537-0067
bkty@msfirm.com

The foregoing request includes all notice and papers referred to in Rules 2002, 4001 and 9007 of the Federal Rules of Bankruptcy Procedures, and also includes

without limitation notices of any orders, applications, complaints, demands, hearings, motions, petitions, requests, plans, disclosure statements, and any other document brought before the Court in this case, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

Dated April 16, 2025

Respectfully Submitted:
Millsap & Singer, LLC

*/s/ Cynthia M. Kern Woolverton*
Cynthia M. Kern Woolverton, #21445
Eva Marie Kozeny, #78328
Adam G. Breeze, #79043
William R. Avery, #79042
James Eric Todd, #24297
Pamela B. Leonard, #78248
612 Spirit Drive
St. Louis, MO 63005
Telephone: (636) 537-0110
Facsimile: (636) 537-0067
bkty@msfirm.com

Attorneys for Athene Annuity and Life Company

# <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing document was filed electronically on April 16, 2025, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic filing as issued by the Court or in the alternative has been served by depositing a true and correct copy of same enclosed in a first class, postage prepaid, properly addressed envelope, in a post office official depository under the exclusive care and custody of the United States Postal Service on those parties directed by the Court on the Notice of Electronic Filing issued by the Court as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court.

*/s/ Cynthia M. Kern Woolverton*

**Electronic Mail Notice List**

The following is the list of attorneys who are currently on the list to receive e-mail notices for this case.

Ryan Michael Graham

William H Griffin

Office of the United States Trustee

**Manual Notice List**

The following is a list of parties who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

Steven C Benner
701 Parkview W St
Osawatomie, KS 66064