**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 29th day of April, 2025.**



_____

Robert D. Berger
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS

IN RE:    Steven C. Benner          )    Case No. 25-20394

                      Debtor   )

## ORDER APPROVING MOTION TO DEVIATE FROM LOCAL RULE REGARDING EMPLOYER WAGE WITHHOLDINGS, DOC. #12

On **4/3/2025,** Debtor filed **Document No. 12,** the Motion to Deviate from Local Rule 3015(b).2(e)(6) Regarding Employer Wage Order (the "Motion").  The Court finds that said Motion, having been noticed with an opportunity for hearing, with no objections filed, no hearing held, and having been agreed to by the Chapter 13 Trustee, is satisfactory and therefore should be GRANTED.

**IT IS THEREFORE ORDERED** that said Motion is GRANTED hereby permitting the Debtor to deviate from the Local Rule concerning employer wage withholding payments thereby permitting the Debtor to make payments directly to the Chapter 13 Trustee.

**IT IS SO ORDERED.**

###

Respectfully Submitted,
WM Law

s/ Ryan M. Graham
Ryan M. Graham, MO #73470; KS #79061
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
graham@wagonergroup.com
ATTORNEY FOR DEBTOR(S)

Approved by,

s/ W. H. Griffin
Office of the Chapter 13 Trustee
William H. Griffin
5115 Roe Ave, Ste 200
Roeland Park, KS 66205-2393
Phone 913-677-1311
Fax 913-432-7857