**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 29th day of April, 2025.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS

IN RE:    Steven C. Benner             )    Case No. 25-20394
                          Debtor   )

### ORDER APPROVING MOTION TO DEVIATE FROM LOCAL RULE REGARDING EMPLOYER WAGE WITHHOLDINGS, DOC. #12

On **4/3/2025,** Debtor filed **Document No. 12,** the Motion to Deviate from Local Rule 3015(b).2(e)(6) Regarding Employer Wage Order (the "Motion").  The Court finds that said Motion, having been noticed with an opportunity for hearing, with no objections filed, no hearing held, and having been agreed to by the Chapter 13 Trustee, is satisfactory and therefore should be GRANTED.

**IT IS THEREFORE ORDERED** that said Motion is GRANTED hereby permitting the Debtor to deviate from the Local Rule concerning employer wage withholding payments thereby permitting the Debtor to make payments directly to the Chapter 13 Trustee.

**IT IS SO ORDERED.**

###

Respectfully Submitted,
WM Law

s/ Ryan M. Graham
Ryan M. Graham, MO #73470; KS #79061
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
graham@wagonergroup.com
ATTORNEY FOR DEBTOR(S)

Approved by,

s/ W. H. Griffin
Office of the Chapter 13 Trustee
William H. Griffin
5115 Roe Ave, Ste 200
Roeland Park, KS 66205-2393
Phone 913-677-1311
Fax 913-432-7857

United States Bankruptcy Court

District of Kansas

In re:

Steven C Benner

    Debtor

Case No. 25-20394-RDB

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1083-2

Date Rcvd: Apr 30, 2025

User: admin

Form ID: pdf020

Page 1 of 1

Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Steven C Benner, 701 Parkview W St, Osawatomie, KS 66064 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2025        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Cynthia M Kern Woolverton | on behalf of Creditor Athene Annuity and Life Company bkty@msfirm.com cwoolverton@ecf.courtdrive.com |
| Ryan Michael Graham | on behalf of Debtor Steven C Benner graham@wagonergroup.com bankruptcy@wagonergroup.com,wmlecf@gmail.com;graham.ryanr52985@notify.bestcase.com |
| U.S. Trustee | ustpregion20.wi.ecf@usdoj.gov |
| William H Griffin | inquiries@13trusteekc.com |

TOTAL: 4