**Form ks_13fmc**  (Revised 12/01/2024)

**United States Bankruptcy Court – District of Kansas**
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number:  25–20394

Chapter:  13

In re: (Name of Debtor)

Steven C Benner

701 Parkview W St
Osawatomie, KS 66064

| **Entered By The Court**<br>**6/13/25** | **NOTICE TO CHAPTER 13 DEBTOR(S) THAT COURT HAS NOT RECEIVED THE CERTIFICATE OF COURSE COMPLETION CONCERNING PERSONAL FINANCIAL MANAGEMENT** | **Filed By The Court**<br>**6/13/25**<br>**David D. Zimmerman**<br>**Clerk of Court**<br>**US Bankruptcy Court** |
| --- | --- | --- |

A debtor may not receive a discharge if, after filing the petition, he or she fails to complete an instructional course concerning personal financial management and timely file the Certificate of Course Completion with the Court required by 11 U.S.C. § 1328(g)(1). This is different than the budget and credit counseling briefing required before filing bankruptcy.

The Court has no record that you have completed this required personal financial management course. This Notice is simply to warn you that if you fail to complete the course and file the Certificate before you make your final Plan payment in your case, the Court may be required to CLOSE your case without issuing a discharge. If your case is closed without a discharge and you seek to reopen it to file the Certificate of Course Completion, you will be required to pay the reopening fee.

Document 24

s/   David D. Zimmerman
Clerk, United States Bankruptcy Court

In re:                                                                                    Case No. 25-20394-RDB

Steven C Benner                                                                    Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 1083-2                              User: admin                                    Page 1 of 1

Date Rcvd: Jun 13, 2025                      Form ID: ks13fm                          Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Steven C Benner, 701 Parkview W St, Osawatomie, KS 66064 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2025                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Cynthia Marie Kern Melone | on behalf of Creditor Athene Annuity and Life Company bkty@msfirm.com  cwoolverton@ecf.courtdrive.com |
| Ryan Michael Graham | on behalf of Debtor Steven C Benner graham@wagonergroup.com bankruptcy@wagonergroup.com,wmlecf@gmail.com;graham.ryanr52985@notify.bestcase.com |
| U.S. Trustee | ustpregion20.wi.ecf@usdoj.gov |
| William H Griffin | inquiries@13trusteekc.com |

TOTAL: 4