U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
8/19/2025
Hon. Robert D. Berger, Presiding

09:30 AM

_____

Case Information:

25-20394 Steven C Benner    Chapter: 13

Judge: RDB    Filed: 04/02/2025    Pln Confirmed:

_____

Appearances:
- ✓ Ryan Blay representing Steven C Benner  (Debtor)
- ✓ Karie Fahrenholz representing William H Griffin (Trustee)  (Trustee)

_____

Issue(s):

[2]  Chapter 13 Plan  Filed by Debtor Steven C Benner.

_____

Notes/Decision:

Court - Continue to 9/23/25 for Amended Plan to be filed.

_____

Courtroom Deputy:  Joanie Cook
ECRO Reporter:  Shawna Taylor