**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

In Re:     Steven C. Benner             )     Case No.  25-20394-13
                       Debtor    )

## NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING ON DEBTOR'S PRE-CONFIRMATION AMENDED CHAPTER 13 PLAN

**NOTICE IS HEREBY GIVEN** that if you fail to file a written objection to the Debtor's Pre-Confirmation Amended Chapter 13 Plan, with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **11/3/2025**, the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a <u>non-evidentiary hearing</u> will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room **151**, Kansas City, Kansas 66101, **11/18/2025,** at **9:30 AM,** or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

Dated: October 13, 2025         Respectfully submitted,
                                  WM Law

                                  s/ Ryan M. Graham
                                  Ryan M. Graham, MO #73470; KS #79061
                                  15095 W. 116th St.
                                  Olathe, KS 66062
                                  Phone (913) 422-0909 / Fax (913) 428-8549
                                  graham@wagonergroup.com
                                  ATTORNEY FOR DEBTOR(S)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on Monday, October 13, 2025 by providing an electronic copy to William H. Griffin, Chapter 13 Trustee, and either electronically or by U.S. Mail, first class postage prepaid to all parties of interest.
      **[See attached mailing matrix]**
                                  s/ Ryan M. Graham

Label Matrix for local noticing
1083-2
Case 25-20394
District of Kansas
Kansas City
Wed Apr  2 16:01:37 CDT 2025

Athene Annuity and Life Co
P.O. Box 1555
Des Moines IA 50306-1555

Internal Revenue Service
Centralized Insolvency Ops
Post Office Box 7346
Philadelphia PA 19101-7346

JPMBCB Card Services
PO Box 15369
Wilmington DE 19850-5369

Landmark National Bank
701 Poyntz Ave
Manhattan KS 66502-0100

Millsap & Singer
8900 Indian Creek Pkwy Ste 180
Overland Park KS 66210-1584

Rushmore Servicing
8950 Cypress Waters Blvd
Coppell TX 75019-4620

SYNCB/SAM S CLUB DC
PO Box 965036
Orlando FL 32896-5036

Syncb/Amazon
PO Box 965015
Orlando FL 32896-5015

U.S. Trustee
Office of the United States Trustee
301 North Main Suite 1150
Wichita, KS 67202-4811

(p)UNITED STATES ATTORNEY'S OFFICE
500 STATE AVENUE SUITE 360
KANSAS CITY KS 66101-2400

Ryan Michael Graham
Wm Law
15095 West 116th Street
Olathe, KS 66062-1098

Steven C Benner
701 Parkview W St
Osawatomie, KS 66064

William H Griffin
5115 Roe Blvd Ste 200
Roeland Park, KS 66205-2393

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

US Attorney
500 State Ave 360
Kansas City KS 66101

End of Label Matrix
Mailable recipients    13
Bypassed recipients     0
Total                  13