# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

**IN RE:**

    Steven C Benner

           Debtor         Case No: 25-20394-13

## CHAPTER 13 TRUSTEE'S MOTION TO DISMISS CASE

**COMES NOW** the Chapter 13 Trustee, W.H. Griffin, and hereby requests the Court enter an Order Dismissing the above captioned case without prejudice, and in support states and alleges the following:

The Debtor has failed to provide their 2024 Federal and State tax returns, as requested in the Trustee's letter dated April 18, 2025.

**WHEREFORE**, the Trustee moves the Court for an Order dismissing the above captioned case without prejudice as provided in 11 U.S.C. Section 1307(c).

    Dated: October 16, 2025

s/ W.H. Griffin, Chapter 13 Trustee
W.H. Griffin #08060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913)-677-1311
(913)-432-7857 (Fax)
inquiries@13trusteekc.com
