# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF KANSAS

**IN RE:**

Steven C Benner

Debtor

Case No: 25-20394-13

## NOTICE WITH OPPORTUNITY FOR HEARING ON
## TRUSTEE'S MOTION TO DISMISS

Any objection/response to the above motion must be filed within twenty one (21) days of the date of this notice, October 16, 2025, with the Clerk of the United States Bankruptcy Court. Documents can be filed electronically at http://ecf.ksb.uscourts.gov. A copy of such objection/response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. If Debtor's counsel is not registered for electronic filing, you must serve the objection/response by mail. If an objection/response is timely filed, a hearing will be held before the US Bankruptcy Court, 500 State Ave, Room 151, Kansas City, KS 66101 on November 18, 2025 at 9:30 am. If no objection response is filed on or before November 06, 2025, an exparte order will be entered. For information about electronic filing go to ww.ksb.uscourts.gov.

s/ W.H. Griffin, Chapter 13 Trustee
W.H. Griffin #08060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913)-677-1311
(913)-432-7857 (Fax)
inquiries@13trusteekc.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that the Debtor and Debtor's Attorney will be served either electronically or via U.S. mail.

Steven C Benner
701 Parkview W St
Osawatomie, KS 66064

s/ W.H. Griffin, Chapter 13 Trustee
W.H. Griffin #08060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913)-677-1311
(913)-432-7857 (Fax)
inquiries@13trusteekc.com