# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF KANSAS

**IN RE:**

Steven C Benner

Debtor        Case No: 25-20394-13

## NOTICE OF WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

**COMES NOW** the Chapter 13 Trustee, W.H. Griffin, and hereby advises the Court that the Motion to Dismiss filed on October 16, 2025 is hereby withdrawn.

Dated: November 03, 2025        s/W.H. Griffin, Chapter 13 Trustee

W.H. Griffin #08060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913) 677-1311
(913) 432-7857 (Fax)
inquiries@13trusteekc.com

## CERTIFICATE OF MAILING

I, the undersigned, do hereby certify that a true and attested copy of the above and foregoing Withdrawal has been forwarded to the Debtor and Debtor's Attorney either electronically or by U.S. Mail, first class postage prepaid, on November 03, 2025.

Steven C Benner
701 Parkview W St
Osawatomie, KS 66064

s/W.H. Griffin, Chapter 13 Trustee

W.H. Griffin #08060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913) 677-1311
(913) 432-7857 (Fax)
inquiries@13trusteekc.com