# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE KANSAS

**IN RE:**

Steven C Benner

        Debtor,                    Case No: 25-20394-13

## NOTICE OF ALLOWED CLAIMS AND CLASSIFICATION

NOTICE is given that the claims listed have been filed and allowed pursuant to 11 U.S.C.§502 (a). The claim amount and classification listed are pursuant to the confirmed Plan and Orders of the Court as determined by the Trustee. In addition, the debtor's attorney will be paid $5,500.00 through the Plan.

Disbursements of Plan funds to creditors listed and classified has or will commence pursuant to the confirmed Plan and Orders of the Court. Unless an **objection to claims** together with a Notice of Hearing is filed with the Clerk of the Bankruptcy Court on or before February 04, 2026, the claims will be paid as allowed and classified on the following list without further

> s/W.H. Griffin, Chapter 13 Trustee
> W.H. Griffin #8060
> 5115 ROE BLVD
> SUITE 200
> ROELAND PARK, KS  66205-2393
> (913)677-1311
> (913)432-7857(Fax)

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that the Debtor and Debtor's Attorney will be served either electronically or via U.S. mail.

> s/W.H. Griffin, Chapter 13 Trustee
> W.H. Griffin #8060
> 5115 ROE BLVD
> SUITE 200
> ROELAND PARK, KS  66205-2393
> (913)677-1311
> (913)432-7857(Fax)

Steven C Benner
701 Parkview W St
Osawatomie, KS 66064

# LISTING OF ALLOWED CLAIMS

| Claim # | Creditor Name and Address | Claim Amount | Interest Rate | Percent to be Paid |
|---|---|---|---|---|
| 1 | INTERNAL REVENUE SERVICE PO BOX 7317 PHILADELPHIA, PA 19101-7317 | $27,211.87 | 0.00 | 100.00 |
| | Monthly Payment: $0.00 | | | |
| | Classified as: PRIORITY | | 2021-24 INCOME TAX/AMEND | |
| 2 | CHASE BANK USA C/O JP MORGAN CHASE BANK PO BOX 15368 WILMINGTON, DE 19850 | $5,414.88 | 0.00 | 0.00 |
| | Monthly Payment: $0.00 | | | |
| | Classified as: UNSECURED | | CREDIT CARD | |
| 3 | CHASE BANK USA C/O JP MORGAN CHASE BANK PO BOX 15368 WILMINGTON, DE 19850 | $3,486.85 | 0.00 | 0.00 |
| | Monthly Payment: $0.00 | | | |
| | Classified as: UNSECURED | | CREDIT CARD | |
| 4 | JEFFERSON CAPITAL SYSTEMS LLC PO BOX 772813 CHICAGO, IL 60677 | $4,436.50 | 0.00 | 0.00 |
| | Monthly Payment: $0.00 | | | |
| | Classified as: UNSECURED | | SAM'S CLUB | |
| 5 | VERIZON BY AMERICAN INFOSOURCE PO BOX 4457 HOUSTON, TX 77210 | $532.61 | 0.00 | 0.00 |
| | Monthly Payment: $0.00 | | | |
| | Classified as: UNSECURED | | SERVICES PROVIDED | |
| 6 | RUSHMORE SERVICING PO BOX 619094 DALLAS, TX 75261 | $9,690.60 | 0.00 | 100.00 |
| | Monthly Payment: $0.00 | | | |
| | Classified as: ARREARS | | THROUGH MARCH 25 + NO INT | |
| 7 | SYNCHRONY BANK BY AIS INFOSOURCE PO BOX 4457 HOUSTON, TX 77210 | $200.50 | 0.00 | 0.00 |
| | Monthly Payment: $0.00 | | | |
| | Classified as: UNSECURED | | AMAZON | |

**LISTING OF ALLOWED CLAIMS**

| Claim # | Creditor Name and Address | Claim Amount | Interest Rate | Percent to be Paid |
|---|---|---|---|---|
| 8 | LANDMARK NATIONAL BANK<br>PO BOX 1437<br>DODGE CITY, KS 67801 | $6,895.65 | 6.91 | 100.00 |
| | | Monthly Payment: $150.00 | | |
| | Classified as: SECURED-910 CAR | | 2012 TOYOTA PRIUS | |
| 1001 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | $2,782.69 | 0.00 | 0.00 |
| | | Monthly Payment: $0.00 | | |
| | Classified as: UNSECURED | | PENALTIES/AMEND | |
| 1006 | RUSHMORE SERVICING<br>PO BOX 619094<br>DALLAS, TX 75261 | $0.00 | 0.00 | 100.00 |
| | | Monthly Payment: $1591.05 | | |
| | Classified as: ONGOING MORTGAGE-SECURED | | BEGIN JUNE 25 | |
| 1106 | RUSHMORE SERVICING<br>PO BOX 619094<br>DALLAS, TX 75261 | $3,341.20 | 5.00 | 100.00 |
| | | Monthly Payment: $0.00 | | |
| | Classified as: GAP PAYMENTS | April & May 2025 + lc & + 5% interest | |
| 1206 | RUSHMORE SERVICING<br>PO BOX 619094<br>DALLAS, TX 75261 | $12,023.77 | 8.36 | 100.00 |
| | | Monthly Payment: $0.00 | | |
| | Classified as: ARREARS | | THRU MARCH 2025 + INTEREST | |
| 1306 | RUSHMORE SERVICING<br>PO BOX 619094<br>DALLAS, TX 75261 | $400.00 | 0.00 | 100.00 |
| | | Monthly Payment: $0.00 | | |
| | Classified as: POSTPETITION MORTGAGE FEES | CA FEES/BCKCY/PLAN REVIEW | |

Total: $76,417.12

As of the date of this report, we estimate this Plan should run 53 more months. Please be aware that any number of modifications can affect the Plan length and/or the Percent to be Paid, and as such these numbers can change.