**W.H. GRIFFIN, TRUSTEE**
**5115 ROE BLVD**
**SUITE 200**
**ROELAND PARK, KS 66205-2393**

**Case #: 25-20394-13**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Chapter 13 Case #: 25-20394-13
Date of Filing: April 02, 2025

Steven C Benner
701 Parkview W St
Osawatomie, KS 66064

**IN RE:**
Steven C Benner

Debtor

## RECEIPTS
For the Period from 1/1/2025 through 1/19/2026

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 5/13/25 | $2850.00 | 6/10/25 | $2850.00 | 7/11/25 | $2850.00 | 8/11/25 | $2850.00 |
| 9/10/25 | $2850.00 | 10/10/25 | $2850.00 | 11/10/25 | $2850.00 | 12/10/25 | $2850.00 |
| 1/12/26 | $2850.00 | | | | | | |

## CLAIMS AND DISTRIBUTIONS TO DATE

| Claim # | Claimant Name | Type | Allowed Claim | Percent to be Paid | Principal Paid | Interest Rate | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| 0 | CLERK OF THE BANKRUPT | FILING FEE | $0.00 | 100.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 0 | Steven C Benner | DEBTOR REFUND | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 0 | WM LAW | ATTORNEY FEE | $5,500.00 | 100.00 | $3,666.64 | 0.00 | $0.00 | $1,833.36 |
| 1 | INTERNAL REVENUE SERV | PRIORITY | $27,211.87 | 100.00 | $0.00 | 0.00 | $0.00 | $27,211.87 |
| 2 | CHASE BANK USA | UNSECURED | $5,414.88 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 3 | CHASE BANK USA | UNSECURED | $3,486.85 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 1001 | INTERNAL REVENUE SERV | UNSECURED | $2,782.69 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 4 | JEFFERSON CAPITAL SYST | UNSECURED | $4,436.50 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 5 | VERIZON BY AMERICAN I | UNSECURED | $532.61 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 6 | RUSHMORE SERVICING | ARREARS | $9,690.60 | 100.00 | $1,475.88 | 0.00 | $0.00 | $8,214.72 |
| 1006 | RUSHMORE SERVICING | ONGOING MORTGAGE | $0.00 | 100.00 | $11,137.35 | 0.00 | $0.00 | $0.00 |
| 7 | SYNCHRONY BANK BY AI | UNSECURED | $200.50 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 8 | LANDMARK NATIONAL BA | SECURED-910 CAR | $6,895.65 | 100.00 | $1,185.53 | 6.91 | $268.41 | $5,710.12 |
| 1206 | RUSHMORE SERVICING | ARREARS | $12,023.77 | 100.00 | $1,760.21 | 8.36 | $670.13 | $10,263.56 |
| 1306 | RUSHMORE SERVICING | POSTPETITION MORT | $400.00 | 100.00 | $60.92 | 0.00 | $0.00 | $339.08 |
| 1106 | RUSHMORE SERVICING | GAP PAYMENTS | $3,341.20 | 100.00 | $497.06 | 5.00 | $111.37 | $2,844.14 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: 1/23/2026

Receipts: $25,650.00  Paid To Claims: $20,833.50  Trustee's Fees Paid: $2,194.50  Funds On Hand: $2,622.00

**W.H. GRIFFIN, TRUSTEE**
**5115 ROE BLVD**
**SUITE 200**
**ROELAND PARK, KS  66205-2393**

**Case #: 25-20394-13**

**\*\*NOTE:**ALL CASES MUST RUN AT LEAST 36 MONTHS UNLESS ALL ALLOWED CLAIMS ARE PAID 100%. DO NOT PAY OFF YOUR PLAN EARLY WITHOUT CONSULTING WITH YOUR ATTORNEY AND THE TRUSTEE. THE PRINCIPAL BALANCE DOES NOT REPRESENT THE PAYOFF AMOUNT FOR YOUR CASE. THIS IS ONLY A CURRENT BALANCE AND DOES NOT INCLUDE ANY FUTURE ACCRUED INTEREST ON CLAIMS