**IN RE:**

Steven C Benner

      Debtor,                        Case No: 25-20394-13

**TRUSTEE'S OBJECTION TO CLAIM NO. 8**
**OF LANDMARK NATIONAL BANK**

    **COMES NOW**, W.H. Griffin, Trustee, and objects to the allowance of the above claim as filed and recommends to the Court said claim be treated as follows:

    Allowed as described herein for the following reason:

    The claim has been reset to amounts paid by the Trustee prior to creditor returning funds indicating the account has been paid in full.

    As a SECURED-910 CAR claim in the amount of $1,152.65 Principal and $301.29 Interest.

    Note: The Trustee's objection does not inhibit the creditor's right to file a deficiency claim.

    **WHEREFORE**, the Trustee prays the foregoing claim be allowed as set forth above.

Dated: February 23, 2026          /s/ W.H. Griffin
                                       W.H. Griffin #8060
                                       5115 ROE BLVD
                                       SUITE 200
                                       ROELAND PARK, KS  66205-2393
                                       (913)677-1311
                                       (913)432-7857(Fax)

# NOTICE WITH OPPORTUNITY FOR HEARING

Any objection/response to the above motion must be filed within thirty (30) days of the date of this notice, February 23, 2026 with the Clerk of the United States Bankruptcy Court. Documents can be filed electronically at http://ecf.ksb.uscourts.gov. A copy of such objection/response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. If Debtor's counsel is not registered for electronic filing, you must serve the objection/response by mail. If an objection/response is timely filed, a hearing will be held before the US Bankruptcy Court at 500 State Ave, Room 151, Kansas City, KS 66101 on April 21, 2026 at 1:30 PM. If no response is filed on or before March 25, 2026, an exparte order will be entered. For information about electronic filing go to www.ksb.uscourts.gov.

/s/ W.H. Griffin
W.H. Griffin #8060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913)677-1311
(913)432-7857(Fax)

# CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that the Debtor, Debtor's attorney, and the Creditor will be served either electronically or via U.S. Mail.

/s/ W.H. Griffin
W.H. Griffin #8060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913)677-1311
(913)432-7857(Fax)

Steven C Benner
701 Parkview W St
Osawatomie, KS 66064

LANDMARK NATIONAL BANK
PO BOX 1437
DODGE CITY, KS 67801

RIORDAN, FINCHER & BECKERMAN, PA
3735 SW WANAMAKER RD STE-A
TOPEKA, KS 66610