**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS**

IN RE:     Steven C Benner                )    Case No.     25-20394-RDB13

                       Debtors   )

## <u>NOTICE TO WITHDRAW MOTION FOR POST-CONFIRMATION AMENDED PLAN, FEE APPLICATION AND NOTICE, DOCS 43/44</u>

     **COMES NOW,** the above-captioned Debtor, by and through the undersigned Counsel, and requests to withdraw **Document Nos. 43/44, the Motion for Post- Confirmation Amended Plan, Fee Application, and the Notice of Objection Deadline.** Amended and corrected pleadings will be filed in their place.

Dated: March 4, 2026        Respectfully submitted,
                            WM Law

                            s/ Ryan M. Graham
                            Ryan M. Graham, MO# 73470 KS #
                            15095 W. 116th St.
                            Olathe, KS 66062
                            Phone (913) 422-0909 / Fax (913) 428-8549
                            graham@wagonergroup.com
                            ATTORNEY FOR DEBTOR(S)

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on March 4, 2026, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

                            s/ Ryan M. Graham