# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

IN RE:     Steven C Benner                    )    Case No.     25-20394-RDB13
                              Debtors    )

## AMENDED MOTION FOR POST-CONFIRMATION AMENDMENT OF CHAPTER 13 PLAN, AND DEBTOR'S COUNSEL'S APPLICATION FOR COMPENSATION

**COMES NOW** the above-captioned Debtor, by and through Counsel, and for this Amended Motion for Post-Confirmation Amendment to Chapter 13 Plan, and Counsel's Fee Application:

1) On 4/2/2025, Debtor filed a Petition and Plan for Chapter 13 relief.

2) On 11/20/2025, Debtor's Plan was confirmed by Order of the Court.

3) Pursuant to the Trustee's Objection (Doc. #42) to secured Claim 8 filed by LandMark National Bank, said creditor withheld funds from the Debtor's account thereby satisfying their Claim and any encumbrances on the collateralized vehicle, outside of the Plan, and in violation of the Stay.

4) Under the terms of the confirmed Plan the Debtor's was required to make a "step-payment" increasing to $3,000/month in month #15.

5) In light of the above, Debtor moves the Court for an order that amends the Plan post-Confirmation to:

   **a)     Change the EMA to LandMark National Bank to $0.00.**

   **b)     Remove the step-payment thereby making the Debtor's payment $2,850 per month until further order of this Court.**

6) The foregoing the Plan amendments are contingent upon the Trustee's Objection being granted which cannot occur before it's Objection Deadline expires on 3/25/2026, and therefore the Debtor is listing a longer objection deadline on this Motion than required by statute to accommodate the same.

7) Debtor's Counsel requests additional **post-Confirmation compensation totaling $300.00** which is to be paid through the Plan for the filing of this Motion and conference with the Trustee's office.

**WHEREFORE**, Debtors request this Court for an order that:

a. Amends the Plan to change the EMA to LandMark National Bank to $0.00;

b. Amends the Plan to remove the step-payment thereby making the Debtor's payment $2,850 per month until further order of this Court;

c. Awards Debtor's Counsel post-Confirmation **compensation totaling $300.00** which is to be paid through the Plan; and for such further relief this Court deems equitable and proper.

Dated: March 4, 2026

Respectfully submitted,
WM Law

s/ Ryan M. Graham
Ryan M. Graham, MO #73470; KS #79061
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
graham@wagonergroup.com
ATTORNEY FOR DEBTOR(S)

## NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING ON MOTION

NOTICE IS HEREBY GIVEN that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **3/27/2026** the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a non-evidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room **151**, Kansas City, Kansas 66101, on **4/21/2026, at 1:30 p.m.**, or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2026, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

**[See attached mailing matrix]**

s/ Ryan M. Graham

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1083-2<br>Case 25-20394<br>District of Kansas<br>Kansas City<br>Wed Apr  2 16:01:37 CDT 2025 | Athene Annuity and Life Co<br>P.O. Box 1555<br>Des Moines IA 50306-1555 | Internal Revenue Service<br>Centralized Insolvency Ops<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| JPMBCB Card Services<br>PO Box 15369<br>Wilmington DE 19850-5369 | Landmark National Bank<br>701 Poyntz Ave<br>Manhattan KS 66502-0100 | Millsap & Singer<br>8900 Indian Creek Pkwy Ste 180<br>Overland Park KS 66210-1584 |
| Rushmore Servicing<br>8950 Cypress Waters Blvd<br>Coppell TX 75019-4620 | SYNCB/SAM S CLUB DC<br>PO Box 965036<br>Orlando FL 32896-5036 | Syncb/Amazon<br>PO Box 965015<br>Orlando FL 32896-5015 |
| U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 | (p)UNITED STATES ATTORNEY'S OFFICE<br>500 STATE AVENUE SUITE 360<br>KANSAS CITY KS 66101-2400 | Ryan Michael Graham<br>Wm Law<br>15095 West 116th Street<br>Olathe, KS 66062-1098 |
| Steven C Benner<br>701 Parkview W St<br>Osawatomie, KS 66064 | William H Griffin<br>5115 Roe Blvd Ste 200<br>Roeland Park, KS 66205-2393 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| US Attorney<br>500 State Ave 360<br>Kansas City KS 66101 | End of Label Matrix<br>Mailable recipients    13<br>Bypassed recipients     0<br>Total                  13 |